IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:

EDWARD F. SAGER, JR.,

C.A. N0. 14-4310

Bankruptcy No. 13-14660- SR

Advs No, 13-361

---

GEORGE P. STASEN, et al.

v.

EDWARD F. SAGER, et al.

C.A. NO. 14-4311

Bankruptcy No. 13-14660 SR

Advs No. 13-361

## ORDER

AND NOW, this 10th day of April, 2015, upon review of appellant George P. Stasen's brief [Doc. 3], appellant Edward F. Sager, Jr.'s brief [Doc. 4], appellee George P. Stasen's brief [Doc. 5] and appellant Edward F. Sager, Jr.'s reply brief [Doc. 6] all filed in Civ. No. 14-4310 and appellee's brief [Doc.3] filed in Civ. No. 14-4311, and after hearing oral argument on February 10, 2015, it is hereby ORDERED that:

1. The final order of the Bankruptcy Court entered on June 6, 2014 is REVERSED in part and AFFIRMED in part.

2. The portion of the Order denying George P. Stasen's request for a determination of non-dischargeability as to the $1.05 million judgment entered in his favor on December 2, 2011 in the Court of Common Pleas of Bucks County is REVERSED and REMANDED to the Bankruptcy Court for further proceedings as detailed in this Opinion.

3. The portion of the Order granting George P. Stasen's request for a determination of non-dischargeability as to the $636,537.00 judgment entered in his favor on April 12, 2013 in the Court of Common Pleas of Bucks County is AFFIRMED.

4. The Clerk is DIRECTED to close both these cases for statistical purposes.

BY THE COURT:

_____
JEFFREY L. SCHMEHL, J.